IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY DAVIS,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**SAATI AMERICAS,**<br><br>        **Defendant.** | No. 08 C 1817<br><br>Hon. John W. Darrah<br> Judge Presiding<br><br>Magistrate J. Keys |

**NOTICE OF FILING**

TO:

SAATI AMERICAS
c/o Peter M. Smykowski, Chairman or Chief Executive Officer, Registered Agent
247 Rte 100
Somers, NY 10589-3214

   PLEASE TAKE NOTICE that on ***Wednesday, April 16, 2008,*** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: First Amended Complaint.

                    s/Lisa Kane                    
                    Lisa Kane, Attorney for Plaintiff

**PROOF OF SERVICE**

   I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via CM/ECF, this 16th day of April, 2008, before the hour of 6:30 P.M.

                    s/Lisa Kane                    
                    Lisa Kane, Attorney for Plaintiff