# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1817 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Anthony Davis vs. Americas | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 9/30/08. Pretrial conference set for 2/19/09 at 1:30 p.m. Jury trial set for 2/23/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|