IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1817 |
| | ) | |
| SAATI AMERICAS, | ) | Judge Darrah |
| | ) | Magistrate Judge Keys |
| Defendant. | ) | |

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that Craig R. Annunziata of Fisher & Phillips LLP, counsel for Defendant SaatiAmericas, will be unavailable from August 5, 2008 through August 13, 2008. Counsel for Defendant will be unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to *ex parte* applications, appearing in court, attending oral argument or deposition, or any other requests or activities related to this litigation.

Date: June 12, 2008                                                                              Respectfully submitted,

                                                                                       by:   /s/ Craig R. Annunziata /s/
                                                                                              One of the Attorneys for Defendant,
                                                                                              SaatiAmericas

Craig R. Annunziata (6209487)
Nesheba M. Kittling (6283261)
Fisher & Phillips LLP
1000 Marquette Building
140 South Dearborn Street
Chicago, Illinois 60603
(312) 346-8061

Chicago 92250.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on June 12, 2008, I electronically filed the foregoing **NOTICE OF UNAVAILABILITY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lisa Kane
Lisa Kane & Associates, P.C.
120 S. LaSalle Street
Suite 1420
Chicago, IL 60603

/s/ Craig R. Annunziata