IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 1817 |
| | ) | District Judge John W. Darrah |
| SAATI AMERICAS, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL
### FOR DEFENDANT, SAATI AMERICAS

Pursuant to Local Rule 83.17, Defendant Saati Americas ("Saati"), by and through its attorneys, moves the Court for leave to withdraw the attorney appearances of Craig R. Annunziata and Nesheba M. Kittling of Fisher and Phillips, LLP and enter the appearances of James F. Botana and Sara A. Weinberg of Jackson Lewis LLP.  In support of this motion, Saati states as follows:

1.  On April 22, 2008, Craig R. Annunziata and Nesheba M. Kittling of Fisher & Phillips, LLP, filed appearances on behalf of Saati.

2.  On or about June 23, 2008, Saati retained James F. Botana and Sara A. Weinberg of Jackson Lewis LLP, to represent it in this matter going forward.

3.  Plaintiff will not be prejudiced if the Court grants this motion for leave to substitute counsel.

**WHEREFORE,** for the foregoing reasons, Defendant Saati Americas respectfully requests the Court grant its motion for leave to withdraw the attorney appearances of Craig R. Annunziata and Nesheba M. Kittling and enter the attached appearances of James F. Botana and Sara A. Weinberg, *instanter*.

2

Dated:  June 26, 2008                               SAATI AMERICAS


                                                       By:   /s/ James F. Botana_____
                                                               One of Its Attorneys

James F. Botana
Sara A. Weinberg
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, Illinois 60610
(312) 787-4949
Email: botanaj@jacksonlewis.com
       weinbers@jacksonlewis.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on **June 26, 2008**, she caused the foregoing Motion to Withdraw and Substitute Counsel for Defendant to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Lisa R. Kane
Darren A. Bodner
Janice A. Wegner
Michael S. Young
Tyler J. Manic
Lisa Kane & Associates, P.C.
120 S. LaSalle Street, Suite 1420
Chicago, Illinois 60603


Craig R. Annunziata
Nesheba M. Kittling
1000 Marquette Building
140 South Dearborn Street
Chicago, Illinois 60603

Dated: June 26, 2008           By:   /s/ James F. Botana
                                     James F. Botana

3

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **Anthony Davis** | **08 c 1817** |
| v. | |
| **Saati Americas** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Saati Americas**

| | |
|---|---|
| NAME (Type or print)   **James F. Botana** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/**James F. Botana** | |
| FIRM   **JACKSON LEWIS LLP** | |
| STREET ADDRESS   **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP   **CHICAGO, IL  60610** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   **62097799** | TELEPHONE NUMBER   **312-787-4949** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **Anthony Davis** | **08 c 1817** |
| v. | |
| **Saati Americas** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Saati Americas**

| | |
|---|---|
| NAME (Type or print) **Sara A. Weinberg** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/**Sara A. Weinberg** | |
| FIRM  **JACKSON LEWIS LLP** | |
| STREET ADDRESS  **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP  **CHICAGO, IL  60610** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  **6270806** | TELEPHONE NUMBER  **312-787-4949** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |