**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **Anthony Davis** | **08 c 1817** |

v.

**Saati Americas**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Saati Americas**

| | |
|---|---|
| NAME (Type or print)   **James F. Botana** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)    s/**James F. Botana** | |
| FIRM   **JACKSON LEWIS LLP** | |
| STREET ADDRESS   **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP   **CHICAGO, IL  60654** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   **62097799** | TELEPHONE NUMBER   **312-787-4949** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on **July 1, 2008**, he caused the foregoing Appearance of James F. Botana to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Lisa R. Kane
Darren A. Bodner
Janice A. Wegner
Michael S. Young
Tyler J. Manic
Lisa Kane & Associates, P.C.
120 S. LaSalle Street, Suite 1420
Chicago, Illinois 60603


Craig R. Annunziata
Nesheba M. Kittling
1000 Marquette Building
140 South Dearborn Street
Chicago, Illinois  60603


Dated: July 1, 2008                     By:   /s/ James F. Botana
                                              James F. Botana