IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 1817 |
| | ) | District Judge John W. Darrah |
| SAATI AMERICAS, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that at **9:00 a.m. on Tuesday, August 26, 2008**, Defendant will appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Courtroom 1203, and present **Defendant's Motion to Withdraw and Substitute Counsel,** copies of which are attached hereto and hereby electronically served upon you.

Dated: July 1, 2008                               SAATI AMERICAS

                                                  By:   /s/ James F. Botana
                                                        One of Its Attorneys

James F. Botana
Sara A. Weinberg
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, Illinois 60654
(312) 787-4949
Email: botanaj@jacksonlewis.com
       weinbers@jacksonlewis.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on **July 1, 2008**, she caused the foregoing Notice of Motion to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Lisa R. Kane
Darren A. Bodner
Janice A. Wegner
Michael S. Young
Tyler J. Manic
Lisa Kane & Associates, P.C.
120 S. LaSalle Street, Suite 1420
Chicago, Illinois 60603


Craig R. Annunziata
Nesheba M. Kittling
1000 Marquette Building
140 South Dearborn Street
Chicago, Illinois 60603


Dated: July 1, 2008          By:   /s/ James F. Botana
                                    James F. Botana