IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 1817 |
| ) | District Judge John W. Darrah |
| SAATI AMERICAS, ) | Magistrate Judge Arlander Keys |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Lisa Kane
      Lisa Kane & Associates, P.C.
      120 S. LaSalle Street
      Suite 1420
      Chicago, IL  60603

PLEASE TAKE NOTICE THAT on Tuesday, August 26, 2008 at 9:00 a.m., we shall appear before the Honorable John W. Darrah or any judge sitting in his place and stead in Courtroom 1203 and shall then and there present the *Defendant's Motion for Entry of Agreed Protective Order*, a true and correct copy of which is attached hereto and hereby served upon you.

Dated:  July 16, 2008                               **SAATI AMERICAS**


                                                    BY: /s/ Sara A. Weinberg
                                                         Sara A. Weinberg


James F. Botana
Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60654
Tel: (312) 787-4949
Fax: (312) 787-4995
Email: botanaj@jacksonlewis.com
         weinbers@jacksonlewis.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filings to the following:

Lisa Kane<br>
Lisa Kane & Associates, P.C.<br>
120 S. LaSalle Street<br>
Suite 1420<br>
Chicago, IL  60603

                                       /s/ Sara A. Weinberg
                                            Sara A. Weinberg