## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv1817 | **DATE** | July 21, 2008 |
| **CASE TITLE** | Davis v. Saati Americas | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion to Withdraw and Substitute Counsel [20, 21] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|