IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 C 1817 |
| | ) District Judge John W. Darrah |
| SAATI AMERICAS, | ) Magistrate Judge Arlander Keys |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through their respective counsel hereby stipulate that this action be dismissed with prejudice and without the assessment of attorneys' fees or costs to any party. In support hereof, the parties state that all matters in controversy have been resolved.

/s/ Lisa Kane
Lisa Kane
Lisa Kane & Associates, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
Tel: 312.606.0383
Fax: 312.606.0765
Email: lisakane@sbcglobal.net

/s/ James F. Botana
James F. Botana
Sara A. Weinberg
Jackson Lewis LLP
320 West Ohio, Suite 500
Chicago, Illinois 60654
Tel: 312.787.4949
Fax: 312.787.4995
Email: botanaj@jacksonlewis.com
       weinbers@jacksonlewis.com