IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DAVIS, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|   v. | ) | NO. 08 C 1817 |
| | ) | |
| SAATI AMERICAS, | ) | Hon. John W. Darrah |
| | ) |   Judge Presiding |
|       Defendant. | ) | Magistrate Judge Keys |

**NOTICE OF FILING**

TO:    James F. Botana, Esquire; Sara A. Weinberg, Esquire
           Jackson Lewis LLP
           320 West Ohio Street
           Suite 500
           Chicago, Illinois 60610

      Please take notice that the 26th day of August, 2008, the Stipulation to Dismiss with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

                                           /s/ Lisa Kane
                                              Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

**PROOF OF SERVICE**

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 26th day of August, 2008, before the hour of 5:00 P.M.

                                           /s/ Lisa Kane